In the Matter of the Claim of SHERMAN GREEN, Appellant, v KIMBER MANUFACTURING, INC., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted April 13, 2009; decided June 4, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.